[No. 5777-1. Division One. January 15, 1979.]

NEIL J. HOFF, ET AL, *Appellants,* v. SKINNER CORPORA-
TION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 818840, Erle W. Horswill, J., entered May 31,
1977. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by James and Swanson, JJ.

[No. 5805-1. Division One. January 15, 1979.]

THE CITY OF BELLINGHAM, *Appellant,* v. D.B.A. ASSO-
CIATES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 132798, Robert C. Bibb, J., entered
June 30, 1977. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Farris, C.J., and James, J.

[No. 5934-1. Division One. January 15, 1979.]

TRUDY LOUISE KANE, ET AL, *Respondents,* v. SAN JUAN
POOL CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 799257, Warren Chan, J., entered August 30,
1977. *Affirmed* by unpublished opinion per James, J., con-
curred in by Farris, C.J., and Swanson, J.

[No. 5978-1. Division One. January 15, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ALVIN
ROSS, SR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 81159, Robert M. Elston, J., entered Septem-
ber 30, 1977. *Affirmed* by unpublished opinion per Dore, J.,
concurred in by Farris, C.J., and James, J.